# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN RE:

SALVADOR TORRES RODRIGUEZ

XXX-XX-7495

Debtor(s)

CASE NO. 08-06957 ESL

Chapter 13

FILED & ENTERED ON 08/05/2009

## ORDER

Upon debtor(s)' reply (see docket entry #33), the motion to dismiss filed by Alejandro Oliveras, Chapter 13 trustee, docket entry #32 is hereby denied.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 05 day of August, 2009.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR
    OTTO E LANDRON PEREZ
    ALEJANDRO OLIVERAS RIVERA